FILED'06 JUL 18 12:46USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JULIE BAKER,<br><br>Plaintiff,<br><br>vs.<br><br>JOANNE B. BARNHART,<br>Commissioner of Social Security<br>Defendant | Civil No. 05-1069-AA<br><br><br>ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,942.00 and no expenses, should be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and that no costs should be awarded pursuant to 28 U.S.C. § 1920.

DATED this  19  day of  July , 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ David R. Johnson
DAVID R. JOHNSON
Special Assistant United States Attorney
(206) 615-2545
Of Attorneys for Defendant

Page 1       ORDER FOR EAJA FEES - [05-1069-AA]